Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

___Houston_____ Division

United States Courts
Southern District of Texas
FILED
*April 18, 2023*
Nathan Ochsner, Clerk of Court

Stacey Lewis
9119 Highway 6, Suite 230.161
Missouri City, TX 77459

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Circle K Stores, Inc.
4840 Dacoma Street
Houston, TX 77092

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stacey Lewis |
| Street Address | 9119 Highway 6, Suite 230.161 |
| City and County | Missouri City- Fort Bend County |
| State and Zip Code | Texas 77459 |
| Telephone Number | 281-909-7828 |
| E-mail Address | staceyg21@gmail.com |

  B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Circle K Stores, Inc.
- Job or Title (if known):
- Street Address: 4840 Dacoma Street
- City and County: Houston - Harris County
- State and Zip Code: Texas 77092
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Title VII of the Civil Rights Act of 1964

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Plaintiff seeks exemplary damages pursuant to Plaintiff, Plaintiff, Stacey Lewis seeks the imposition of punitive or exemplary damages from Defendants without limitation as imposed by § 41.008 of the Texas Civil Practices and Remedies Code.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached listed as Statement of Claim.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prior to working for Circle K Stores, the Plaintiff worked for one company in the same capacity and role as Circle K for 25 years and is not
accustomed to changing employment in a field she's trained and qualified to work. At 54 years of age while working for Circle K, the Plaintiff anticipated working another 18 years until retirement, receiving an annual salary not to include bonuses averaging 85K/-90K a year.

The Plaintiff, Stacey Lewis is asking the court to order Circle K Stores, Inc. pay $750,000.00 in Punitive Damages

Prior to working for Circle K Stores, the Plaintiff worked for one company in the same capacity and role as Circle K for 25 years and is not accustomed to changing employment in a field she's trained and qualified to work. At 54 years of age while working for Circle K, the Plaintiff anticipated working another 18 years until retirement, receiving an annual salary not to include bonuses averaging 85K/-90K a year.

The Plaintiff, Stacey Lewis is asking the court to order Circle K Stores, Inc. pay $750,000.00 in Punitive Damages for Circle K Stores Inc. failure to follow the law and Circle K Stores Inc. Policies and Procedures.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/17/2023

Signature of Plaintiff: *Stacey Lewis* (signature)

Printed Name of Plaintiff: Stacey Lewis

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

1

**Complaint**

(1)

(11/3/2022) Plaintiff, Stacey Lewis was terminated from employment after following Circle K's Policies and Procedures for reporting store safety issues to Regional Director of Operations, Wayne Williams and HR Manager, Dana Shockey. The acts taken by Circle K, violated the Plaintiff's Civil Rights under Title VII.

(2)

Via phone calls, emails and text messages approximately (10/25/22-11/2/2022), the Plaintiff informed Circle K employees Wayne Williams and Dana Shockey of illegal drug activity, store employee concerns regarding robberies, illegal drug dealings at the site, Store Manager, Clarissa Bell's ability to lead the store and cash shortages for store #2742369. While there are other Circle K Stores in the Houston Area with similar attributes, the Market Managers who oversee those locations are allotted store security options and/or advised to ignore the problem. Those Market Managers of a different race and sex continue their employment and are not terminated for bringing matters such as these to Circle K's attention. The Plaintiff, Stacey Lewis received an illegal action from Circle K Stores for reporting the same issue as others, which is against the law in violation of Title VII and Circle K's own Policy and Procedures for its Employees. The Regional Director of Operations, Wayne Williams and HR Manager, Dana Shockey were aware of the activity at Store #2742369 during this period and failed to follow the law and abide by Circle K's Policies and Procedures. Both Wayne and Dana were privy to the concerns and other actions at this store and disregarded their legal obligation to uphold the law and Circle K Stores, Inc's Policies and Procedures for all its employees.

On or around 10/25/2022 the Plaintiff, Stacey Lewis began informing Circle K employees, Wayne Williams and Dana Shockey of the the drug activity, robberies, employee concerns, cash shortages etc. in play at store #2742369. Circle K's Regional Director of Operations

2

(Wayne Williams) and Houston HR Manager (Dana Shockey) failed to address the situation and opted instead to terminate the Plaintiff for actively trying to resolve the issue, including notifying the Houston Police Department. Circle K Stores is legally responsible for the negligent conduct it applied toward the Plaintiff, Stacey Lewis. .

(3)

Through the date of termination the Plaintiff was performing her job to standard at an acceptable level without any performance issues. The Plaintiff and Circle K's employee Wayne Williams engaged in Weekly Market Manager Meetings and 1:1 Sessions to discuss performance. During those meetings, Wayne reinforced the Plaintiff was performing to standard. (11/23/2022) **TWC Determination of Benefits**, states the Plaintiff was fired for a reason *"that was not misconduct with the work",* and thereby granted Unemployment Benefits.

Defendant Circle K Stores Inc.,Wayne Williams and Dana Shockey. did not adhere to applicable Title VII Laws, Circle K's Policies and Procedures, Employee Progressive Discipline Process or Circle K's Light of Day Policy in handling the concerns of Plaintiff, Stacey Lewis. Both the Regional Director of Operations, Wayne Wiliams and HR Manager, Dana Shockey are responsible for abiding by Title VII Laws and Circle K Policies and Procedures.

Stacey Lewis

9119 Highway 6

Suite 230.161

Missouri City, TX  77459

**Signature:** *Stacey Lew* (signed)

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Stacey Lewis

**DEFENDANTS**
Circle K Stores, Inc

**(b)** County of Residence of First Listed Plaintiff: Fort Bend
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Harris
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

[Nature of suit checkboxes — 442 Employment checked]

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §2000e
Brief description of cause: Violation of Title VII Rights. The Civil Rights Act of 1964

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____　DOCKET NUMBER _____

DATE _____　SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # ___　AMOUNT ___　APPLYING IFP ___　JUDGE ___　MAG. JUDGE ___